IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TORIAN BLEEN, | § | |
| | § | |
| Defendant Below, | § | No. 584, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1706007308 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 15, 2019
Decided: February 22, 2019

## **ORDER**

On January 28, 2019, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file the opening brief. The appellant received the notice to show cause by February 4, 2019 but did not respond to it, and has not filed the opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice